1012

THE STATE OF WASHINGTON, *Respondent*, v. BARRY CLEMENT SCHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00008-1, M. Karlynn Haberly, J., entered November 23, 1998. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

SHELLY J. SCHRAMEK, *Respondent*, v. GEOFFREY A. SCHRAMEK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-03072-3, Paul Boyle and Terrence F. McCarthy, JJ. Pro Tem., entered October 13, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ALBERT BROOME, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00024-1, Don L. McCulloch, J., entered August 25, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN GREGORY SCHILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00026-0, George L. Wood, J., entered July 31, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.